# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERICO ROSAS,<br><br>              Plaintiff,<br><br>    vs.<br><br>D. DAVEY, et al.,<br><br>              Defendants. | )   1:14-cv00611 DLB PC<br>)<br>)   ORDER REGARDING PLAINTIFF'S<br>)   IN FORMA PAUPERIS STATUS<br>)   ON APPEAL<br>)<br>)   (Document 23)<br>)<br>)<br>) |

Plaintiff Federico Rosas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  On January 30, 2014, the Court dismissed the First Amended Complaint without leave to amend.

Plaintiff filed a notice of appeal on March 6, 2015.

On March 10, 2015, the Ninth Circuit referred the appeal to this Court for the limited purpose of determining whether in forma pauperis status should continue for this appeal, or whether the appeal is frivolous or is taken in bad faith.  28 U.S.C. § 1915(a)(3).

///

///

///

///

1

2

Plaintiff's appeal is not frivolous, nor is it taken in bad faith.  Accordingly, Plaintiff's in forma pauperis status should continue on appeal.

3

4

5
IT IS SO ORDERED.

6

7
Dated:   **March 11, 2015**                         /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28